UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMON GORDON,<br><br>            Plaintiff,<br><br>v.<br><br>GMAC, *et al.*,<br><br>            Defendants. | Civil No. 10cv1270 L (CAB)<br><br>**ORDER DENYING WITHOUT PREJUDICE AMENDED MOTION TO DISMISS AND AMENDED MOTION TO STRIKE [doc. nos. 8, 9]** |

    Defendants Portfolio Recovery Associates, Inc. and PRA Location Services LLC filed amended motions to strike portions of the complaint and to dismiss the complaint. Plaintiff filed an amended complaint on August 30, 2010.  Because an amended complaint supersedes a prior complaint as a pleading, when a plaintiff elects to file an amended complaint, a district court may treat an existing motion to dismiss as moot. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *Hal Roach Studios, Inc. v. Richard Feiner & Co.*, 896 F.2d 1542, 1546 (9th Cir. 1990).   Accordingly, the Court **DENIES AS MOOT and WITHOUT PREJUDICE** defendants' amended motions to strike and to dismiss the complaint.

    **IT IS SO ORDERED.**

DATED: September 8, 2010

                                                   M. James Lorenz<br>
                                                   United States District Court Judge

Case 3:10-cv-01270-L-CAB   Document 12   Filed 09/08/10   PageID.313   Page 2 of 2

1
2  COPY TO:
3  HON. CATHY ANN BENCIVENGO
   UNITED STATES MAGISTRATE JUDGE
4
5  ALL PARTIES/COUNSEL
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2                                                                    10cv1270