UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMON GORDON,<br><br>        Plaintiff,<br><br>v.<br><br>GMAC, *et al.*,<br><br>        Defendants. | Civil No. 10cv1270 L (CAB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE  [doc. #30]** |

Good cause appearing, the parties' joint motion to dismiss this action in its entirety with prejudice is **GRANTED**. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: January 10, 2011

                                            M. James Lorenz<br>
                                            United States District Court Judge

COPY TO:

HON. CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL